

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00124-CV

**IN THE INTEREST OF M.J.P.**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00878
Honorable Karen Crouch, Judge Presiding

## O R D E R

The above appeal was set for submission on October 11, 2016, before the following panel: Justice Karen Angelini, Justice Marialyn Barnard, and Justice Rebeca C. Martinez. This order is to inform all parties and their counsel that the panel has changed to the following: Justice Karen Angelini, Justice Marialyn Barnard, and Justice Jason Pulliam.

It is so **ORDERED** on December 8, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court